**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 1 WAL 2022
              : 
           Respondent         : 
              :   Petition for Allowance of Appeal
              :   from the Order of the Superior Court
          v.              : 
              : 
              : 
DAVID ALLEN BRACCO,           : 
              : 
          Petitioner         : 

## ORDER

**PER CURIAM**

       **AND NOW**, this 24th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.